STATE OF CONNECTICUT *v.* EDDY ORELLANA

The defendant's petition for certification for appeal from the Appellate Court, 89 Conn. App. 71 (AC 24480), is denied.

*James B. Streeto*, assistant public defender, in support of the petition.

*Toni M. Smith-Rosario*, senior assistant state's attorney, in opposition.

Decided June 22, 2005

MICHELLE DILIETO ET AL. *v.* COUNTY OBSTETRICS AND GYNECOLOGY GROUP ET AL.

The petition by the plaintiff Michael J. Daly for certification for appeal from the Appellate Court (AC 26013) is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*William F. Gallagher*, in support of the petition.

*Jeffrey R. Babbin* and *Kevin M. Smith*, in opposition.

Decided June 22, 2005